# United States District Court
# Eastern District of California

PEDRO SAUCEDO JAIMES

Plaintiff(s)

V.

CHRISTOPHER CHESTNUT, et. al.

Defendant(s)

Case Number: 1:26-cv-07819-DC-AC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Isai Bonilla, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Pedro Saucedo jaimes

On April 16, 2021 (date), I was admitted to practice and presently in good standing in the Florida Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

Date: 09/30/2026 Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

Applicant's Name: Isai Bonilla, Esq.

Law Firm Name: Law Office of Isai Bonilla, P.L.

Address: 201 S. 2nd St.

Ste. 209

City: Fort Pierce State: FL Zip: 34950

Phone Number w/Area Code: (772) 899-8356

City and State of Residence: St. Lucie

Primary E-mail Address: isai@bonillalawyer.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Gupreet Kaur

Law Firm Name: Kaur Legal Group, PC

Address: 674 County Square Dr

Suite 305

City: Ventura State: CA Zip: 93030

Phone Number w/Area Code: (805)803-0893 Bar # 283830

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 1, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE